JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CACHUA,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO & COMPANY, a Delaware Corporation, dba WELLS FARGO; WELLS FARGO BANK, N.A.; B10 WELLS FARGO BANK, N.A., Form Unknown; WELLS FARGO BANK, LTD, a California Corporation; CHANTEL MEZA, an individual; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 8-15-cv-02048-JLS-DFMx<br><br>**ORDER TO REMAND CASE TO ORANGE COUNTY SUPERIOR COURT CASE NUMBER 30-2015-00814078-CU-WT-CJC**<br><br>Complaint Filed: October 9, 2015 |

**ORDER**

The Court, having considered the parties' stipulation, and finding it supported by good cause, hereby approves the stipulation and orders that the action is REMANDED to the Orange County Superior Court, Case Number 30-2015-00814078-CU-WT-CJC.

The Clerk of this Court shall close this case.

**IT IS SO ORDERED.**

Dated: January 21, 2016

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE